UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PHILLIP FRAZER AND | * | CIVIL ACTION NO: |
| WENDY FRAZER | * | |
|      Plaintiffs | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| NATIONAL GENERAL INSURANCE | * | |
| COMPANY, TREFLE SERVICES, INC. | * | MAGISTRATE JUDGE: |
| AND EDDIE WILLIAMSON | * | |
|      Defendants | * | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, National General Insurance Company ("National General"), through their undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully notice the removal of the action bearing case number 2021-4767-G on the docket of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, to the United States District Court for the Western District of Louisiana.   The grounds for removal are as follows:

1.      Upon information and belief, on or about November 12, 2021, Plaintiffs, Phillip Frazer and Wendy Frazer ("Plaintiffs"), filed an Original Petition in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana captioned *Phillip Frazer and Wendy Frazer v. National General Insurance Company, Trefle Services, Inc. and Eddie WIlliamson*, bearing Case Number 2021-4767-G (the "State Court Action").   National General was served with a copy of the Petition through its agent for service of process,

the Louisiana Secretary of State on January 11, 2022.  A true and complete Petition, is annexed hereto in accordance with 28 U.S.C. § 1446(a) as Exhibit A.  The complete state court record has been requested and will be supplied once it is received.

## JURISDICTION

2.      The State Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and is an action which may be removed to this Court by National General pursuant to 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds $75,000.00, exclusive of interest and costs, as set forth fully herein.

## PARTIES

3.      Plaintiffs are citizens of Louisiana and domiciled in Calcasieu Parish, Louisiana.

4.      National General is, and at the time of the filing of the State Court Action was, an insurance company organized and existing under the law of the State of Missouri with its principal place of business in Hazelwood, Missouri. Defendant Trefle Services, Inc. is a corporation organized and existing under the laws of the State of North Carolina.  Defendant Eddie Williamson is a citizen of the State of Alabama.

## THE STATE COURT ACTON

5.      National General was served with the Petition on January 11, 2022. Accordingly, this Notice of Removal, filed within the thirty-day period prescribed by 28 R.S.C. § 1446(b), is timely.

6.   The Petition alleges that the Plaintiffs are entitled to the proceeds of certain automobile liability insurance policies payable as the result of an automobile accident which occurred November 16, 2020. See Exhibit A.

## BASIS FOR REMOVAL

7.   Removal is proper based on diversity jurisdiction, which this Court now has pursuant to 28 U.S.C. § 1441 (b) and 28 U.S.C. § 1332 (a).

8.   Further, based on the allegations in the Petition, which sound in contract and tort, Plaintiffs seek a judgment in an amount which exceeds $75,000.00.

## VENUE

9.   National General will file a Notice of Filing of Notice of Removal and a copy of this Notice of Removal with the Calcasieu Parish Clerk of Court for the 14th District Court of Louisiana in accordance with 28 U.S.C. § 1146(a) and (d).  See Exhibit B.

10.   Pursuant to Fed. R. Civ. P. &. 1(a). National General's Corporate Disclosure Statement is appended to this Notice of Removal.  See Rule 7.1 Corporate Disclosure Statement annexed hereto as Exhibit C.

11.   Pursuant to 28 U.S.C. § 1146(d), the filing of the Notice of Removal in this Court and the filing of same with the state court served immediately to confer upon this Court exclusive jurisdiction over this action and simultaneously to divest the state court of jurisdiction with respect to this action.

12.   National General specifically reserves their rights to amend or supplement this Notice of Removal.

13.     National General desires and is entitled to a trial by jury.

**W H E R E F O R E,** National General Insurance Company respectfully requests

that the above action, currently pending in the 14th Judicial District Court for the Parish of

Calcasieu, State of Louisiana be removed therefore to the United States District Court for

the Western District of Louisiana.

Dated: February 5, 2022

<div style="margin-left: 40%;">

Respectfully submitted,

RICHIE, RICHIE & OBERLE, L.L.P.

By: s/Byron A. Richie
BYRON A. RICHIE (Bar # 11254)
1800 Creswell Ave. (71101)
P. O. Box 44065
Shreveport, Louisiana 71134-4065
Telephone: (318) 222-8305
Facsimile: (318) 227-8311
E-mail Address: barichie@richierichieoberle.com
ATTORNEYS FOR NATIONAL GENERAL INSURANCE
COMPANY

</div>

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing Notice of Removal have been

served on all counsel of record, that a Notice of Filing of the Notice of Removal has also

been served on the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State

of Louisiana, by facsimile, e-mail and/or placing same in the United States mail, postage

prepaid and properly addressed this 5th day of February, 2022.

<div style="margin-left: 40%;">

s/Byron A. Richie
**RICHIE, RICHIE, & OBERLE, L.L.P.**

</div>