# State of Louisiana
## Secretary of State



01/12/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0445



NATIONAL GENERAL INSURANCE COMPANY
C/O SALLY HALL, CLAIMS COMPLIANCE MANAGER
P.O. BOX 3199
WINSTON SALEM, NC 27102

Suit No.: 20214767
14TH JUDICIAL DISTRICT COURT
CALCASIEU PARISH

PHILLIP FRAZER ET AL
vs
NATIONAL GENERAL INS CO ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: M. LOCKWOOD

Date: 01/11/2022
Title: DEPUTY SHERIFF



No: 1222201



JN

| | Citation | |
|---|---|---|
| PHILLIP FRAZER<br>VS. 2021-004767<br>NATIONAL GENERAL<br>INSURANCE COMPANY |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: NATIONAL GENERAL INSURANCE
COMPANY
THROUGH LOUISIANA
SECRETARY OF STATE,
8585 ARCHIVES AVENUE
Baton Rouge, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of PHILLIP FRAZER, ET AL ("PETITION FOR DAMAGES") against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 12th day of November 2021.

Issued and delivered December 28, 2021

SERVED ON
R. KYLE ARDOIN

JAN 11 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

Katie Dukes

Deputy Clerk of Court

---

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE  $_____     BY: _____
                              Deputy Sheriff
MILEAGE  $_____

TOTAL $_____

Party No.  P001



Filing Date: 12/28/2021 02:31 PM    Page Count: 1
Case Number: 2021-004767
Document Name: 1600 Citation

| Service Copy |
CMS0685

Page 1 of 1

| | | |
|---|---|---|
| PHILLIP FRAZER AND WENDY FRAZIER | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2021-4710 G | : | PARISH OF CALCASIEU |
| NATIONAL GENERAL INSURANCE COMPANY, TREFLE SERVICES, INC., AND EDDIE WILLIAMSON | : | STATE OF LOUISIANA |
| FILED: NOV 1 2 2021 | : | _Leupert Wyatt_ DEPUTY CLERK OF COURT |

**PETITION FOR DAMAGES**

The petition of **PHILLIP FRAZER** and **WENDY FRAZIER**, individuals of the full age of majority and residents of Calcasieu Parish, Louisiana, who with respect represent:

1.

A. **NATIONAL GENERAL INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, *Secretary of State of Louisiana, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809*;

B. **TREFLE SERVICES, INC.**, a foreign incorporated company authorized to do and doing business in the State of Louisiana, with its principal place of business in the State of North Carolina, which may be served through its registered agent for service of process, *Alicia Knotts, 6521 Soapstone Drive, Charlotte, North Carolina 28269*;

C. **EDDIE WILLIAMSON**, a resident of Jefferson County, Alabama, who may be served *via long arm service at his place of residence: 931 Von Dale Lane, Birmingham, Alabama 35315*;

are made defendants herein and are justly and truly indebted unto your Petitioners, individually and *in solido*, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following reasons:

2.

On or about November 16, 2020, Defendant, **EDDIE WILLIAMSON** was operating a 2017 Freightline Cascadia, owned by **TREFLE SERVICES, INC.**, headed east on Interstate 10 in Calcasieu Parish, Louisiana, when, suddenly and without warning, collided with the rear

1

end of a 2003 Dodge Ram 2500 being operated by **PHILLIP FRAZIER**, who was headed East on Interstate 10, causing an impact that resulted in severe injuries to **PHILLIP FRAZIER** requiring medical attention.

3.

The sole and proximate cause of the above described incident was the negligence of **EDDIE WILLIAMSON**, in the following non-exclusive acts:

a. Failure to maintain control of his vehicle;

b. Failure to keep a proper lookout;

c. Failure to use reasonable care and caution;

d. Operating his vehicle in a careless and reckless manner;

e. Failure, generally, to comply with laws of the State of Louisiana, relative to the operation of motor vehicles on the highways of the State of Louisiana.

4.

At the time of the above-described incident, **EDDIE WILLIAMSON** was an employee of and acting within the course and scope of his employment with **TREFLE SERVICES, INC.** making **TREFLE SERVICES, INC.** vicariously liable for the acts and/or omissions of its employee, **EDDIE WILLIAMSON**, under the doctrine of *respondeat superior*.

5.

At all times material hereto, the vehicle driven by **EDDIE WILLIAMSON** was insured by a public liability insurance policy issued by **NATIONAL GENERAL INSURANCE COMPANY** which policy was in full force and effect at the time of the above described crash.

6.

As a result of the collision described hereinabove, **PHILLIP FRAZIER** sustained severe injuries to his neck, lower back, wrists, ankles, knees, and shoulders, along with severe nervous shock, and had to seek extensive medical attention and was unable to engage his regular activities from the date of this collision until the present time, such condition to

continue for an indefinite future period of time, and as a result of collision, he is entitled to recover damages for the following items:

      a. Past and future medical and attendant expenses;

      b. Past and future Lost wages and impairment of earnings capacity;

      c. Past and future physical and mental pain and suffering, discomfort, anxiety, distress, disfigurement, and inconvenience;

      d. Past and future Disability;

      e. Past and future Loss of enjoyment and quality of life;

      f. Exacerbation of any pre-existing conditions

7.

At the time of the above described collision, **WENDY FRAZIER** was living with and remains living with, and attending to the needs of her husband, **PHILLIP FRAZIER**, and has suffered losses of consortium, services and society as a result of the injuries sustained by **PHILLIP FRAZIER**.

The claims of Petitioner exceed both the threshold for a jury trial in Louisiana and the threshold for diversity jurisdiction in Federal Court.

THEREFORE, PETITIONERS, **PHILLIP FRAZIER AND WENDY FRAZIER**, PRAY THAT:

I. Defendants be duly cited to appear and answer this Petition, and they be served with a copy thereof; and

II. After due proceedings had and the lapse of all legal delays, there be judgment in favor of Petitioners, **PHILLIP FRAZIER AND WENDY FRAZIER**, and against Defendants, **NATIONAL GENERAL INSURANCE COMPANY, EDDIE WILLIAMSON,** and **TREFLE SERVICES, INC.**, individually and *in solido*, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

PETITIONERS FURTHER PRAY for all orders and decrees necessary in the premises, and for full, just and equitable relief.

3

Respectfully submitted:

*[signature]*

**COOPER FOURNET (34549)**
Email: Cooper@hdinjurylaw.com
Paige@hdinjurylaw.com
517 West College Street
Lake Charles, Louisiana 70605
Telephone: (337) 433-2053
Facsimile: (337) 433-2055

**A TRUE COPY**
Lake Charles, Louisiana
*[signature]*
Deputy Clerk of Court
Calcasieu Parish, Louisiana    DEC 2 9 2021

Please serve:

**NATIONAL INSURANCE COMPANY**
Secretary of State of Louisiana
8585 Archives Avenue
Baton Rouge, Louisiana 70809

*VIA LONG ARM SERVICE*

**TREFLE SERVICES, INC.**
Alicia Knotts, 6521 Soapstone Drive
Charlotte, North Carolina 28269

**EDDIE WILLIAMSON**
931 Von Dale Lane
Birmingham, Alabama 35315

4